UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>LORENZO JONES<br><br>Defendant. | CASE NO.<br><br>JUDGE<br><br>**INDICTMENT**<br><br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(a)(2)<br>18 U.S.C. § 924(a)(8)<br>21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 841(b)(1)(C)<br><br>**FORFEITURE ALLEGATIONS** |

**THE GRAND JURY CHARGES:**

### COUNT ONE
**(Felon in Possession of a Firearm)**

1. On or about May 4, 2021, in the Southern District of Ohio, the defendant, **LORENZO JONES**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, specifically, a Ruger Model LCP, .380 caliber pistol, bearing serial number 371387239, and ammunition, said firearm having been shipped and transported in interstate or foreign commerce.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).**

## COUNT TWO
### (Felon in Possession of a Firearm)

2. On or about September 20, 2022, in the Southern District of Ohio, the defendant, **LORENZO JONES**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, specifically, a Taurus Model PT111 G2, 9mm caliber pistol, bearing serial number TKZ37844, and ammunition, said firearm having been shipped and transported in interstate or foreign commerce.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).**

## COUNT THREE
### (Possession with Intent to Distribute Fentanyl, Cocaine, Cocaine Base and Methamphetamine)

3. On or about September 20, 2022, in the Southern District of Ohio, the defendant, **LORENZO JONES,** did knowingly and intentionally possess with intent to distribute:

> a. a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly referred to as fentanyl, a Schedule II controlled substance;
>
> b. a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance;
>
> c. a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance; and
>
> d. a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

**In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).**

## FORFEITURE ALLEGATION A

4. The allegations of Count One of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

5. Upon conviction of the offense alleged in Count One of this Indictment, the defendant, **LORENZO JONES**, shall forfeit to the United States his interest in any firearm and ammunition involved in or used in such violation, including, but not limited to, the following:

- One Ruger Model LCP, .380 caliber pistol, bearing serial number 371387239; and
- All associated ammunition.

**Forfeiture pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.**

## FORFEITURE ALLEGATION B

6. The allegations of Count Two of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

7. Upon conviction of the offense alleged in Count Two of this Indictment, the defendant, **LORENZO JONES**, shall forfeit to the United States his interest in any firearm and ammunition involved in or used in such violation, including, but not limited to, the following:

- One Taurus Model PT111 G2, 9mm caliber pistol, bearing serial number TKZ37844; and
- All associated ammunition.

**Forfeiture pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.**

## FORFEITURE ALLEGATION C

8. The allegations of Count Three of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to 21 U.S.C. § 853(a)(1) and (2).

9. Upon conviction of the offense alleged in Count Three of this Indictment, the defendant, **LORENZO JONES**, shall forfeit to the United States all right, title and interest in any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation(s), and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the violation(s), including, but not limited to, the following:

- One Taurus Model PT111 G2, 9mm caliber pistol, bearing serial number TKZ37844; and
- All associated ammunition.

Forfeiture pursuant to 21 U.S.C. § 853(a)(1) and (2) and Rule 32.2 of the Federal Rules of Criminal Procedure.

A TRUE BILL.

*s/Foreperson*
**FOREPERSON**

**KENNETH L. PARKER**
**United States Attorney**

*Jennifer M Rausch*
**JENNIFER M. RAUSCH (0075138)**
**Assistant United States Attorney**